**Exhibit A to the Complaint**

**Location:** Morristown, NJ
**Total Works Infringed:** 36

**IP Address:** 71.187.100.109
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | DF4DECFEBD0F89D95F5360F5575386F7989C845A | 09/10/2026 15:43:04 | Tushy | 08/16/2026 | 08/26/2026 | PA0002601071 |
| 2 | F4F000869EAD4AC415C8727A9AB80114C375445F | 09/10/2026 23:04:27 | Blacked | 02/06/2021 | 03/08/2021 | PA0002280372 |
| 3 | F51C038E31873A4C9D6A2A2E355917E703F01FB6 | 09/10/2026 23:02:27 | Tushy | 08/01/2021 | 09/30/2021 | PA0002320423 |
| 4 | A58EABA13EFC15802E486F3B1889FDF184B34E9F | 09/10/2026 05:44:16 | Blacked | 08/11/2026 | 08/19/2026 | PA0002599835 |
| 5 | 4A01782BB8415C5C37ED02EFEA5E9B2B6B2A3C7F | 09/10/2026 04:27:59 | Vixen | 08/25/2026 | 09/02/2026 | PA0002602239 |
| 6 | 959F4EACDAE380231A732BF232F19E7DB02F9436 | 09/09/2026 07:22:57 | Vixen | 08/10/2026 | 08/19/2026 | PA0002599833 |
| 7 | 5145D5F73ED65FE843F0CD5E94843D2A8B48AEE6 | 09/09/2026 06:37:16 | Milfy | 08/26/2026 | 09/02/2026 | PA0002602224 |
| 8 | 335001E7489A937E06C2B8B67AE9D9515B643093 | 09/09/2026 05:31:36 | Vixen | 08/30/2026 | 09/09/2026 | PA0002603237 |
| 9 | 7A4725C385EF078A80869A08D09648B5F56EF0DF | 09/08/2026 22:49:50 | Tushy | 08/30/2026 | 09/09/2026 | PA0002603239 |
| 10 | 0D3B82B4DA6E55EB9B87677228A938E3707CCC2B | 09/04/2026 17:49:15 | Blacked Raw | 08/29/2026 | 09/09/2026 | PA0002603246 |
| 11 | F23D2DB82C06571BDCE5B3DA66A923D8E2FAE8D5 | 08/27/2026 01:19:08 | Blacked | 08/26/2026 | 09/02/2026 | PA0002602243 |
| 12 | 2681F7CFCEE8BD6F8575A4954264B52EB9417B36 | 08/24/2026 23:36:39 | Milfy | 06/25/2025 | 07/08/2025 | PA0002539157 |
| 13 | 2688AC27A382BCAB85DCEDC0618E97E6D1EF8066 | 08/24/2026 23:36:39 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 14 | 922634E7CFB428C3A8228E645582A62731EC0260 | 08/20/2026 01:36:21 | Vixen | 02/11/2022 | 02/14/2022 | PA0002335457 |
| 15 | 5555AD0919EC026C14762B1258B5FDC08DB3C200 | 08/18/2026 01:19:46 | Blacked Raw | 08/14/2026 | 08/19/2026 | PA0002599830 |
| 16 | 6E125AFAE51C381D003DC299A90B514EA37FEA76 | 07/26/2026 12:32:16 | Blacked Raw | 07/25/2026 | 07/29/2026 | PA0002596410 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | D64EFD7BAB9826DB38C3C8DFABD68E7F6371CD77 | 07/20/2026 21:28:31 | Vixen | 07/16/2026 | 07/29/2026 | PA0002596438 |
| 18 | BEB1638B09D9FCC1E2E8E2442563379FF18B23BF | 07/12/2026 09:25:30 | Blacked | 01/18/2025 | 02/18/2025 | PA0002516140 |
| 19 | 1DE4330AA5EDFD149E89F1F36E394E2ADCECD242 | 07/02/2026 03:29:54 | Vixen | 07/01/2026 | 07/08/2026 | PA0002592494 |
| 20 | 0C62ED3A9D4BF1430806A38F2C775537D0B4BEAA | 06/29/2026 21:38:34 | Vixen | 03/18/2026 | 03/24/2026 | PA0002575263 |
| 21 | 526B256426169702AF62C0FDFBE846AD7B0B6E86 | 06/27/2026 23:06:28 | Tushy | 08/31/2025 | 09/16/2025 | PA0002551069 |
| 22 | 5269E9647358D2C0080970F7B91836FF0B134F73 | 06/27/2026 23:06:28 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 23 | 5267B099BEDE8C9B2901AFB02036462AB131C903 | 06/27/2026 23:06:28 | Vixen | 07/23/2019 | 08/27/2019 | PA0002213247 |
| 24 | 526BD10A60F9CFBE6122DA5DFCECCE0E99E32154 | 06/27/2026 23:06:28 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 25 | 5267BAE7A58719EA7509A975F14C6E9DDBD99D36 | 06/27/2026 23:03:13 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 26 | 52632DC6E699BAE4A65267CD86C5CB3A0EC0334D | 06/27/2026 23:03:13 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 27 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | 06/27/2026 23:03:13 | Blacked | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 28 | 52676DB8AF414DEA769B50EB28C052C61D366D93 | 06/27/2026 23:03:13 | Tushy | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 29 | 5265F9460B203843ED809851C25B5EB9FA648FB8 | 06/27/2026 23:03:13 | Tushy | 09/03/2023 | 09/17/2023 | PA0002430895 |
| 30 | 526D64913755433AC09D23E4E968D53082B18295 | 06/27/2026 23:03:13 | Blacked | 03/19/2026 | 04/07/2026 | PA0002577462 |
| 31 | 17863A026CE719C995851F8672558A9702AA1F30 | 06/23/2026 12:01:48 | Vixen | 06/21/2026 | 06/24/2026 | PA0002590650 |
| 32 | 0C47D5129BC6CCEEF6B4A00E05EE7279488C76F8 | 06/21/2026 07:45:45 | Blacked Raw | 02/28/2022 | 03/29/2022 | PA0002342857 |
| 33 | 0C467E6B6F63509F81A80A4E3691419C01FB832E | 06/21/2026 07:45:45 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 34 | BBFBDD57CED9437570AA8DD80366BAE739315821 | 06/17/2026 10:03:08 | Vixen | 06/06/2025 | 06/09/2025 | PA0002534202 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | D1CDBE51120B1D60268DFAE1C9CA1066282048D7 | 06/16/2026 09:08:02 | Vixen | 08/12/2019 | 08/22/2019 | PA0002195517 |
| 36 | 444B1B6817F98B11053D24798D220C5C144E19F3 | 06/16/2026 05:44:45 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |